162 A.3d 287

IN THE MATTER OF THOMAS J. TAYLOR, AN ATTORNEY
AT LAW (ATTORNEY NO. 027341977)

June 9, 2017

## CORRECTED ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent in DRB 16–391 of **THOMAS J. TAYLOR of PERTH AMBOY,** who was admitted to the bar of this State in 1977;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.1(a)(gross neglect) *RPC* 1.4 (failure to communicate), *RPC* 1.16(d)(delay in delivery of client's file n termination of representation), *RPC* 3.3(a)(5)(failure to disclose a material fact to the tribunal, knowing that the omission is reasonably certain to mislead the tribunal), *RPC* 3.4(c)(knowingly disobeying an obligation under the rules of a tribunal), (*RPC* 5.5(a)(1)(practicing law while ineligible) and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation);

And the parties having agreed that respondent's conduct violated *RPC* 1.1(a), *RPC* 1.4(b), *RPC* 1.16(d), *RPC* 3.3(a)(5), *RPC* 3.4(c), *RPC* 5.5(a)(1), and *RPC* 8.4(c), and that said conduct warrants a censure;

And the Disciplinary Review Board having determined not to accept the stipulated violation of *RPC* 1.1(a);

And the Disciplinary Review Board having further determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket Nos. VIII–2013–0018E and VIII–2014–0017E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **THOMAS J. TAYLOR** of **PERTH AMBOY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.